```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    ORDER

    - v -                           :    07 Cr. 50

PATRICK KALONJI,                    :

              Defendant.            :

- - - - - - - - - - - - - - - - - - - - - x
```

HONORABLE HENRY PITMAN, Chief United States Magistrate Judge:

The Court, having been advised that the above-referenced defendant has been arrested on a warrant issued by this Court, hereby orders that Indictment 07 Cr. 50 may be unsealed.

Dated: June 23, 2008

```
                          _____
                          HENRY PITMAN
                          CHIEF UNITED STATES MAGISTRATE JUDGE
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: