UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :

    - v -                               :     PROTECTIVE ORDER

PATRICK KALONJI,                   :     07 Crim. 50 (PAC)
    a/k/a "Patrick Kalonji Ngoyi,"
    a/k/a "Patrick Mazimpaka,"       :
    a/k/a "jikalon@yahoo.com,"
    a/k/a "nawhichlo@yahoo.com,"     :

        Defendant.                 :

- - - - - - - - - - - - - - - - - - - - - - - X

PAUL A. CROTTY, District Judge:

    On the motion of the United States of America, by Michael J. Garcia, United States Attorney, by Marcus A. Asner, Assistant United States Attorney ("the Government"), and with the consent of defendant PATRICK KALONJI, by his counsel, Patrick Smith, Esq.,

    IT IS HEREBY ORDERED:

    1.  Photocopies of certain discovery materials reflecting individual alleged victims' identity information (including, but not limited to names, addresses, telephone numbers, social security numbers, mother's maiden names, and credit card numbers) produced by the Government in this action pursuant to Fed. R. Crim. P. 16 are deemed "Confidential Information."

    2.  Confidential Information disclosed to the defendant or to his counsel during the course of proceedings in

this action:

    (a) Shall be used by the defendant or his counsel only for purposes of this action;

    (b) Shall be kept in the sole possession of the defendant's attorney, and shall not be disclosed in any form by the defendant or his counsel except as set forth in paragraph 2(c) below;

    (c) May be disclosed by the defendant or his counsel only to the following persons (hereinafter "designated persons"):

        (i) investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by the defendant's attorney;

        (ii) independent expert witnesses, investigators or advisors retained by the defendant in connection with this action;

        (iii) such other persons as hereafter may be authorized by the Court upon such motion by the defendant; and

    (d) Shall be returned to the Government following the conclusion of this case and any all copies made of said material shall be shredded and destroyed.

3.  The defendant and his counsel shall provide a copy of this Order to designated persons to whom they disclose confidential information pursuant to paragraphs 2(c)(i)(ii) and (iii). Designated persons shall be subject to the terms of this Order.

4.  The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in this action or to any judge or magistrate of this Court for purposes of this action.

Dated:   New York, New York
         June 27, 2007

                                SO ORDERED:

                                _____
                                HONORABLE PAUL A. CROTTY
                                UNITED STATES DISTRICT JUDGE

AGREED AND CONSENTED TO:

_____      6/27/2008
PATRICK SMITH, Esq.                 Date
Attorney for Patrick Kalonji