UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                :

    - v -                                :      ORDER

PATRICK KALONJI,                        :      07 Crim. 50 (PAC)
    a/k/a "Patrick Kalonji Ngoyi,"
    a/k/a "Patrick Mazimpaka,"          :
    a/k/a "jikalon@yahoo.com,"
    a/k/a "nawhichlo@yahoo.com,"         :

        Defendant.                  :

- - - - - - - - - - - - - - - - - - - - - X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 21 2008

HON. PAUL A. CROTTY, District Judge:

    The Court hereby excludes from speedy trial calculations the period from the date of this order until the next conference, scheduled for August 19, 2008, at 3:45pm This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. I find that the value of this exclusion outweighs the best interests of the defendant and the public in a speedy trial. This order of exclusion is made pursuant to 18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B).

    SO ORDERED.

Dated:    New York, New York
           July 21, 2008

                                            HON. PAUL A. CROTTY, U.S.D.J.