UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
United States of America

     - against -

Patrick Kalonji,

     Defendant.

-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 28 APR 2009
```

No. 07-CR-50-01 (PAC)

Judicial Recommendation Order

THIS COURT hereby recommends that Defendant Patrick Kalonji Ngoyi, sentenced on April 13, 2009, stay housed at Metropolitan Correctional Center, New York, New York for the duration of his sentence.

DONE AND RECOMMENDED in New York, New York the 27th day of April 2009.

*/s/ Paul A. Crotty*    April 28, 2009

Paul A. Crotty
UNITED STATES DISTRICT JUDGE



DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Patrick J. Smith
patrick.smith@dlapiper.com
T  212.335.4885
F  917.778.8685

April 27, 2009

**VIA FACSIMILE**

Honorable Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>United States v. Patrick Kalonji, 07 Cr. 50 (PAC)</u>

Dear Judge Crotty:

    Enclosed is a proposed order for a judicial recommendation that Patrick Kalonji remain housed at the Metropolitan Correctional Center ("MCC") for the duration of his sentence. We respectfully request that the Court recommend that Mr. Kalonji remain at MCC because he may be released as soon as September 2009, taking into account good behavior, and so that he may continue to run the Bible study group that has greatly benefited his cell block.

                                          Very truly yours,

                                          Patrick J. Smith

Enclosure

cc: AUSA Marcus Asner